UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAN-MICHAEL RIVES

                Plaintiff,

-against-

SUNY DOWNSTATE COLLEGE OF
MEDICINE; LISA MERLIN; ANDREW
ADLER; ROBIN OVITSH; JEANNE
MACRAE; CAROLS PATO; JOSEPH
MERLINO; JEFFREY PUTMAN; SOPHIE
CHRISTOFOROU,

                Defendants.
-----------------------------------------------------------X

**ORDER**
20-CV-621 (RPK)(SMG)

GOLD, United States Magistrate Judge:

On January 31, 2020, plaintiff, proceeding *pro se,* filed the instant action alleging, *inter alia,* violations of Title II of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12132, and the Rehabilitation Act of 1973 ("RHA") against Defendant SUNY Downstate College of Medicine and various college officials and employees. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

                                                    S/ Steven M. Gold
                                                    United States Magistrate Judge

Dated: Brooklyn, New York
       March 4, 2020