May 1st, 2020                                   Case #:   1:20-cv-00621-RPK-SMG

Your Honor,

The Pro Se Office suggested that I write to you directly to explain my situation. I have been unable to obtain home addresses for the majority of individual defendants in my case. I have their work addresses, but because of ongoing quarantine efforts, defendants will not be found at work in the immediate future. Given the extraordinary circumstances at present, I beg the court to extend the deadline for service of process by 30 days.

Sincerely,
Jan-Michael Rives
Plaintiff

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 05 2020 ★

BROOKLYN OFFICE



RECEIVED
MAY 05 2020
PRO SE OFFICE

Case 1:20-cv-00621-RPK-SMG   Document 5   Filed 05/05/20   Page 2 of 4 PageID #: 31

Jan-Michael Rives
465 West 51st Street
Apartment 1E
New York, NY 10019

To: Hon. Steven M. Gold
c/o: Pro Se Office
US District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

