FILED
in the Clerk's Office
U.S. District Court, E.D.N.Y

JUN 1, 2021
7:28PM

Brooklyn Pro Se Office
via email

Honorable Rachel Peter Kovner
United States District Court
Eastern District of New York

Re: Rives v. SUNY Downstate College of Medicine, *et al.*
Case No. 1:20-cv-00621 (RPK) (LB)

Dear Judge Kovner,

Counsel has kindly provided the identity of defendant John Doe: "the chairman of the Student Appeals Committee was Dr. Scott T. Miller, whose address is SUNY Downstate, 450 Clarkson Avenue, Brooklyn, NY 11203."

I convey this information to the Court, that the "last defendant" in this action may soon be served and the 21-day clock begin to run.

Respectfully,

Jan-Michael Rives
*June 1st, 2021*
*Guttenberg, NJ*

7004 JFK Boulevard East, Unit 1B, Guttenberg, NJ 07093 • (917) 573-5249 • jan.michael.rives@gmail.com