

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 30, 2021

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Rives v. SUNY Downstate College of Medicine, et al.*;
               Case No. 20-cv-621 (RPK) (LB)

Dear Judge Kovner:

      In accordance with Rule IV.B.3. of Your Honor's Individual Practice Rules, this to advise the Court that Defendants today served on plaintiff *pro se*, via e-mail, the following papers in support of Defendants' motion to dismiss Plaintiff's Second Amended Complaint (ECF No. 17) in its entirety and with prejudice (the "Motion"):

(i)     Defendants' Notice of Motion;

(ii)    Notice to *Pro Se* Litigant Pursuant to Local Civil Rule 12.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York;

(iii)   Declaration of Mark E. Klein, dated July 30, 2021, and Exhibits A through C thereto;

(iv)   Defendants' Memorandum of Law in Support of the Motion; and

(v)    in accordance with Local Civil Rule 7.2, copies of cases and other authorities cited in Defendants' Memorandum of Law that are unpublished or reported exclusively on computerized databases.

      In accordance with Rule IV.B.3.c. of Your Honor's Rules, Defendants will file the parties' motion papers on ECF when briefing of the Motion is complete.

      Respectfully submitted,

*/s/ Mark E. Klein*
Mark E. Klein
Assistant Attorney General
(212) 416-8663
Mark.Klein@ag.ny.gov

cc: Jan-Michael Rives (by electronic mail, with enclosures)