Received In Pro Se Office
September 5, 2022 at
9:10am via Box.com

The Honorable Rachel Peter Kovner
United States District Judge
Eastern District of New York

    Re:   Rives v. SUNY Downstate College of Medicine, *et al.*
           Case № 1:20CV-621 (RPK) (LB)

Dear Judge Kovner:

    I regret my delay in responding. In its August 25th Order, the Court observes that my Second Amended Complaint ("SAC") alleges diversity jurisdiction, but fails to allege the citizenship of any party. Sadly, this is not the only place in which the SAC suffers from the inexperienced hand of its author. There are more than a dozen other technical errors or omissions that I would correct in a third amended complaint. But I would be ill-advised to file one before the Court has passed on defendants' pending motion to dismiss.

    In answer to the Court's inquiry, I do not know whether all the defendants are citizens of New York. I am not even sure whether, at the time in question, I was a citizen of New York or of New Jersey. No matter: whether or not complete diversity obtains, I do not intend to invoke diversity jurisdiction at this time. This Court retains original jurisdiction under 28 USC §§ 1331 and 1343, and supplemental jurisdiction under § 1367.

                                                      Respectfully submitted,

                                                      Jan-Michael Rives
                                                      *Guttenberg, NJ*
                                                      *September 5th, 2022*

PS: On an unrelated note, I beg leave to file a renewed motion to proceed pseudonymously. Arguments for such relief were previously outlined by letter motion (Dkt. #7), and denied without prejudice. The same arguments were subsequently elaborated on a motion for reconsideration (Dkt. #10), which was denied, I maintain, in error. *See* Dkt. #14.