```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAN-MICHAEL RIVES,
```
                    Plaintiff,

    -against-

**ORDER**
**20 CV 621 (RPK)(LB)**

SUNY DOWNSTATE COLLEGE OF MEDICINE,
LISA MERLIN, M.D., ANDREW ADLER, M.D.,
ROBIN OVITSH, M.D., JEANNE MACRAE, M.D.,
CARLOS PATO, M.D., JOSEPH MERLINO, M.D.,
JEFFREY PUTMAN, M.D., SOPHIE CHRISTOFOROU, M.D.,
RICARDO BIANCHI, F. CHARLES BRUNICARDI, M.D.,
DR. SCOTT MILLER,

                    Defendants.
----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

Defendants move pursuant to Federal Rule of Civil Procedure 26(c) for an order staying discovery pending a decision on their motion to dismiss plaintiff's second amended complaint. ECF No. 83. While plaintiff correctly notes that the Court has not yet ordered the parties to complete discovery, and thus there is "no discovery to stay," ECF No. 85 at 1, the Court nonetheless declines to hold a conference to schedule discovery until the pending motion to dismiss is decided. As defendants have demonstrated good cause for a stay, defendant's motion is granted and plaintiff's request to compel the parties to meet and confer pursuant to Rule 26(f), ECF No. 84, is denied.

SO ORDERED.

                                                /S/
                                         LOIS BLOOM
                                         United States Magistrate Judge

Dated: January 17, 2023
       Brooklyn, New York