RECEIVED IN PRO SE
FEB 21, 2023 @ 10:50 AM
VIA BOX.COM

The Honorable Rachel Peter Kovner
United States District Judge
Eastern District of New York

Re: Rives v. SUNY Downstate College of Medicine, *et al.*
Case № 1:20-CV-621 (RPK) (LB)

Dear Judge Kovner:

I apologize that my brief is almost three weeks overdue. It was more-or-less "done" several times already, but I was never happy with the result. I kept making major revisions, and remarkably, it seems to have come together. It barely tips the scales at ten pages, while still saying all that needs to be said.

I would like to take a few days off and come back to it with fresh eyes before submitting. To that end, I would ask for an extension to this Monday, February 27th. But if the Court is not inclined to grant a second extension, I will file it, as-is, as soon as I see the order.

Respectfully,

*New Jersey*
*February 21st, 2023*